IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

ASHLEY M. WOODRUFF                              PLAINTIFF

VS.                                                       CAUSE NO.: 55CI1:21-CV-73-PH

CMH HOMES, INC.                                        DEFENDANT

FILED
NANCE FITZPATRICK STOKES
CIRCUIT CLERK
MAY 26 2021
BY: W. Babin
DEPUTY CLERK

## COMPLAINT

NOW INTO COURT, through undersigned counsel, come the Plaintiff, ASHLEY M. WOODRUFF who files this Complaint against the Defendant, CMH HOMES, INC., and show this honorable court that:

I.

The Plaintiff, Ashley M. Woodruff, is a person of majority and domiciled in the County of Pearl River, State of Mississippi.

II.

Defendant, CMH Homes, Inc., is a foreign corporation licensed to, and doing business in Mississippi, who may be served pursuant to the Mississippi Rules of Civil Procedure via its registered agent for service of process, CT Corporation, 945 Lakeland East Dr., Ste. 101, Flowood, MS 3232.

III.

This cause of action occurred or accrued in the Pearl River County, Mississippi; and pursuant to the provisions Miss. Code Ann. §11-11-3, as amended, venue is proper in this Court.

IV.

That on or about April 23, 2019, Plaintiff, along with her husband signed a "sales agreement" (Attached as "Exhibit 1" to Complaint) for the purchase and posession of a mobile home from the Defendant, CMH Homes, Inc.


EXHIBIT A

V.

That pursuant to said "sales agreement," the mobile home was to be "deliver(ed), set-up, leveled and anchored, install(ed) A/C, steps, and trim out."

VI.

That on the day of delivery, the home was set up, but the front steps were not properly installed, instead resulting in a gap of over 2 feet between the top of the steps and the bottom threshold of the door.

VII.

That rear steps were not attached to the home at all.

VIII.

That a short time later, after the home was delivered to her, Plaintiff was attempting to enter the home and tripped and fell on the step up from the step into the home.

IX.

That CMH Homes, Inc. caused the negligent installation of the steps and/or had notice of the negligent installation of the steps.

X.

The aforesaid incident sued on herein was the fault of, and proximately caused by the negligence of Defendant, CMH Homes, Inc., in the following, non-exclusive respects:

    a. In negligently installing the front steps, thus creating a dangerous condition;

    b. In failing to remedy the dangerous condition in a timely manner;

    c. In violating industry standards and building codes;

    d. In violating the Revised Statutes of the State of Mississippi, all of

which are pled as if copied herein extenso; and

e.  All other acts of negligence which were the cause of the collision sued upon and will be shown at the trial of this matter.

XI.

That as a result of the aforesaid fall, Plaintiff, Ashley M. Woodruff has sustained bodily injuries, including but not limited to her right knee.

XII.

As a result thereto, Plaintiff, Ashley M. Woodruff has suffered the following damages: bills for medical treatment, past and future; loss of wages and/or earning capacity, past and future; physical pain and suffering including loss of enjoyment of life, past and future; and mental and emotional distress, past and future.

WHEREFORE, your Plaintiff, Ashley M. Woodruff, prays that CMH Homes, Inc. be served with a copy of this Complaint, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Ashley M. Woodruff and against Defendant, CMH Homes, Inc., as alleged, together with legal interest, and for all costs of these proceedings including expert witness fees to be taxed as costs of court, and for all legal and equitable relief this honorable court shall deem appropriate.

RESPECTFULLY SUBMITTED, this the 24 day of May, 2021.

MORRIS BART, LTD
1712 15TH STREET, SUITE 300
GULFPORT, MISSISSIPPI 39501
TEL: (228) 276-0307
FAX: (866) 354-9707
EMAIL: SBISHOP@MORRISBART.COM

M. SCOTT BISHOP, MS BAR NO. 102699

Case 1:21-cv-00248-HSO-RHWR  Document 4-1  Filed 08/23/21  Page 4 of 4
Case: 55CI1:21-cv-00073-PH  Document #: 3-1  Filed: 05/26/2021  Page 1 of 1
DocuSign Envelope ID: 9FBE5C0F-C248-4361-A1A2-777384B6D641

1331545

# SALES AGREEMENT

**DATE:** 4/23/2019
**BUYER(S):** Ashley Moore Woodruff
Winfield Gregory Woodruff
**ADDRESS:** 612 E MAGEE ST COVINGTON LA 70433
**DELIVERY ADDRESS:** 36 WOLF RIDGE LANE POPLARVILLE MS 39470
**TELEPHONE:** _____  **SALES PERSON FULL NAME:** Gayla Harrington

| | |
|---|---|
| **BASE PRICE:** [redacted] | Make: CMH   Model: 37VLV32664AH19 |
| State Tax: [redacted] | Stock#: RSO |
| Local Tax: [redacted] | Serial No.: CS2024486TNAB   New [X]  Used [ ] |
| **1. CASH PRICE** [redacted] | TRADE: Make: N/A   Model: N/A |
| | Year: N/A  Length: N/A  Width: N/A  Title #: ____ |
| LAND PURCHASE [redacted] | Serial No.: ____ |
| TITLE FEES [redacted] | Amount owed will be paid by: [ ] Buyer  [ ] Seller |
| FILING FEES [redacted] | Owed to: ____ |
| Federal Warranty Service Corporation [redacted] | OPTIONS: |
| **2. TOTAL PACKAGE PRICE** [redacted] | SELLER RESPONSIBILITIES: delivery, set-up, level and anchor, install AC, steps and trim out |
| Trade Allowance  N/A | BUYER RESPONSIBILITIES: Provide clear access to the house site, all zoning, permits, fees and deposits, power pole and meter loop, water and sewer sources dirt pad, skirting and standard connections for electric, sewer, and water |
| Less Amount Owed  N/A | *May not meet local codes and standards. New homes meet Federal Manufactured Home Standards.* |
| Trade Equity  N/A | |
| Cash Down Payment  $.00 | Buyer(s) agree: (1) that the terms and conditions on page two are part of this agreement; (2) to purchase the above home including the options; (3) that they acknowledge receiving a completed copy of this agreement; (4) that all promises and representations made are listed on this agreement; and (5) that there are no other agreements, written or verbal, unless evidenced in writing and signed by the parties. |
| **3. LESS ALL CREDITS**  $.00 | |
| **4. REMAINING BALANCE** [redacted] | |

**SELLER:**
DAVID HARRINGTON
4/23/2019
CLAYTON HOMES COVINGTON, LA

**BUYER:**
Ashley Moore Woodruff
4/23/2019
Signature of: Ashley Moore Woodruff

Winfield Gregory Woodruff
4/23/2019
Signature of: Winfield Gregory Woodruff

Signature of: ____

Signature of: ____




PLAINTIFF'S EXHIBIT "1"

Sales Agreement/Multi - 2943 - 12/2018 - SlsAgr11010          Page 1 of 2          004130559-00002