IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ASHLEY M. WOODRUFF**                                                  **PLAINTIFF**

**v.**                                                **Civil No. 1:21-cv-248-HSO-RHWR**

**CMH HOMES, INC.**                                            **DEFENDANT**

### ORDER GRANTING DEFENDANT'S MOTION [4] TO COMPEL MEDIATION/ARBITRATION

There came on for consideration the Defendant's motion to compel mediation/arbitration [Doc. 4]. There is no opposition by the Plaintiff whose counsel has so indicated by endorsement of this order. Having considered the Defendant's motion as well as the Binding Dispute Resolution Agreement ("BDRA") signed by the Plaintiff, the Court finds that there is a valid agreement to arbitrate pursuant to the BDRA and the Parties' dispute is within the scope of that agreement. The motion should therefore be granted. *See Am. Heritage Life Ins. Co v. Lange,* 321 F.3d 533, 537 (5th Cir. 2003) (quoting *Webb v. Investacorp,* 89 F.3d 252, 258 (5th Cir. 1996)).

**IT IS, THEREFORE, ORDERED** that, the motion [Doc. 4] is granted. The Parties are ordered to engage in good faith mediation, and should mediation be unsuccessful, the dispute shall be submitted to binding arbitration pursuant to the terms of the BDRA.

**IT IS FURTHER ORDERED** that, this civil action is stayed pending mediation and within ten (10) days of concluding that proceeding, the parties shall notify the Court whether the mediation was successful.

**SO ORDERED**, this the 30th day of November, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE